# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court Southern District of Alabama | 11/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

John C. Campbell United States Courthouse
113 St. Joseph Street
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (see note) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Southwest Bancshares, Inc. (Director's fees) |
| 2. | 2014 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank, Chatom, AL (See note) | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | E | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 4. Army Aviation Center FCU | A | Interest | J | T | | | | | |
| 5. 1/2 interest in Virginia Properties, LLC (Y) (see note) | | | | | | | | | |
| 6. Morgan Stanley Brokerage Account (See Note) | | | L | T | | | | | |
| 7. -- Allstate Life Variable Annuity: AB VPS Lg Cap Grw Port-Cls B | | None | L | T | | | | | |
| 8. Schwab IRA (formerly Morgan Stanley Retirement Account) (IRA) | B | Int./Div. | L | T | | | | | |
| 9. -- Managers Cadance Capp App A | | None | | | Redeemed | 08/26/14 | L | E | |
| 10. -- Morgan Stanley Liquid Asset Fund (see note) | | | | | Merged (with line 11) | 08/18/14 | M | | |
| 11. -- Schwab Money Market Funds | A | Interest | J | T | | | | | |
| 12. -- MFS Intl Value CL I | A | Dividend | | | Buy | 08/26/14 | J | | |
| 13. -- Oppenheimer Dev Mkts Fd Cl Y | A | Dividend | | | Buy | 08/26/14 | J | | |
| 14. -- Credit Suisse ETN F Equal Weight MLP Index | A | Dividend | | | Buy | 08/26/14 | J | | |
| 15. -- Vanguard REIT | A | Dividend | | | Buy | 08/26/14 | J | | |
| 16. -- Vanguard Total World Stock ETF | A | Dividend | | | Buy | 08/26/14 | K | | |
| 17. -- Primecap Odyssey Aggr Growth Fd | A | Dividend | | | Buy | 09/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Small Cap | A | Dividend | | | Buy | 09/04/14 | J | | |
| 19. Charles Schwab Brokerage Account | | | P1 | T | | | | | |
| 20. -- Schwab Govt Money Fund sweep acct, (see note) | | None | M | T | | | | | |
| 21. -- Apple Computer Inc. common stock | C | Dividend | M | T | Donated (part) | | | | |
| 22. | | | | | Sold (part) | 08/25/14 | K | E | |
| 23. | | | | | Donated (part) | | | | |
| 24. -- Coca Cola stock | B | Dividend | K | T | | | | | |
| 25. -- Credit Suisse ETN F Equal Weight MLP Index | A | Dividend | | | Buy | 09/19/14 | K | | |
| 26. | | | | | Sold | 12/15/14 | J | | |
| 27. -- Diageo PPLC SponADR stock | C | Dividend | M | T | Sold (part) | 08/25/14 | K | D | |
| 28. | | | | | Sold (part) | 11/04/14 | K | D | |
| 29. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | L | T | | | | | |
| 30. -- First Tr NYSE ARCA Biotech Index Funs | | None | K | T | Buy | 08/25/14 | K | | |
| 31. -- Halyard Health Inc. stock | | None | | | Spinoff (from line 35) | 10/31/14 | J | | |
| 32. | | | | | Sold | 11/04/14 | J | B | |
| 33. -- Ishares MSCI Aust Index Fund | A | Dividend | | | Sold | 08/25/14 | K | C | |
| 34. -- Ishares MSCI Brazil (free) Index Fund | A | Dividend | | | Sold | 08/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Kimberly Clark Corp. stock | C | Dividend | M | T | Sold (part) | 08/25/14 | J | C | |
| 36. -- MFS Intl Value Cl I | A | Dividend | K | T | Buy | 09/14/14 | K | | |
| 37. -- Microsoft common stock | B | Dividend | K | T | Donated (part) | | | | |
| 38. -- Monsanto Co. stock | A | Dividend | | | Donated | | | | |
| 39. -- Nestle Spon ADR stock | C | Dividend | M | T | Sold (part) | 08/25/14 | K | D | |
| 40. -- Oppenheimer Developing Mkts Fd Cl Y | A | Dividend | | | Buy | 09/14/14 | K | | |
| 41. | | | | | Sold | 12/15/14 | K | | |
| 42. -- Pepsico Inc. NC stock | C | Dividend | M | T | Sold (part) | 08/25/14 | K | D | |
| 43. | | | | | Sold (part) | 11/04/14 | K | D | |
| 44. -- Powershares Exchange TR Fund | A | Dividend | L | T | | | | | |
| 45. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 46. -- Royal Bank of Scotland ser Q | C | Dividend | | | Sold (part) | 08/25/14 | J | | |
| 47. | | | | | Sold (part) | 09/19/14 | K | | |
| 48. | | | | | Sold | 12/15/14 | K | | |
| 49. -- Sanofi CVR Rts 123120 | | None | J | T | | | | | |
| 50. -- Sherwin Williams Co. Ohio stock | B | Dividend | M | T | Sold (part) | 08/25/14 | J | D | |
| 51. -- Target Corp. stock | A | Dividend | | | Sold | 08/25/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- The Advisory Board Co. stock | | None | K | T | | | | | |
| 53. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 54. -- Verizon Communications stock | | None | K | T | Buy | 11/04/14 | K | | |
| 55. -- American Amcap A Mutual Fund | D | Dividend | L | T | | | | | |
| 56. -- American Growth Fund of America A Mutual Fund | C | Dividend | K | T | | | | | |
| 57. -- American Inv Co. of America A Mutual Fund | D | Dividend | L | T | | | | | |
| 58. -- Primecap Odyessey Aggr Growth Fund | | None | K | T | Buy | 12/22/14 | K | | |
| 59. -- Sector SPDR Engy Select | A | Dividend | | | Buy | 08/25/14 | L | | |
| 60. | | | | | Sold | 12/15/14 | L | | |
| 61. -- Vanguard Cnsmr Dscrtnary | B | Dividend | M | T | Buy | 11/04/14 | L | | |
| 62. | | | | | Buy (add'l) | 12/15/14 | K | | |
| 63. -- Vanguard Energy ETF | B | Dividend | L | T | Buy | 12/15/14 | L | | |
| 64. -- Vanguard Financials | A | Dividend | L | T | Buy | 11/04/14 | L | | |
| 65. -- Vanguard Health Care | B | Dividend | M | T | Buy | 08/25/14 | L | | |
| 66. | | | | | Buy (add'l) | 12/15/14 | K | | |
| 67. -- Vanguard Industrials | B | Dividend | L | T | Buy | 08/25/14 | L | | |
| 68. -- Vanguard Mid Cap | A | Dividend | M | T | Buy | 08/25/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/19/14 | K | | |
| 70. -- Vanguard Mid Cap Value | A | Dividend | K | T | Buy | 12/15/14 | K | | |
| 71. | | | | | Buy (add'l) | 12/22/14 | K | | |
| 72. -- Vanguard REIT | A | Distribution | K | T | Buy | 11/04/14 | K | | |
| 73. -- Vanguard Selected Value Fund | | None | | | Buy | 08/25/14 | L | | |
| 74. | | | | | Sold | 12/15/14 | K | | |
| 75. 1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 76. 12.5% interest in Daphne Offices, LLC, Daphne, AL | E | Rent | M | W | | | | | |
| 77. 16.24% interest in Stockton Oaks, LLC (see note) | D | Distribution | J | W | | | | | |
| 78. 1/6 interest in 1.8 acres property in Magnolia Springs, AL | | None | K | W | | | | | |
| 79. 1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 80. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 81. 1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 82. 3% interest in realty in Fairhope, AL | | None | K | W | | | | | |
| 83. Ameritrade IRA | E | Int./Div. | O | T | | | | | |
| 84. -- Ameritrade cash account | | | | | | | | | |
| 85. -- Fairholme Fund | | | | | Buy (add'l) | 01/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/05/14 | J | | |
| 87.   -- First Eagle Global Fund Class 1 | | | | | Buy (add'l) | 10/15/14 | J | | |
| 88. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 89. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 90. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 91.   -- Homestead Fuinds Small Co Stk Fund | | | | | Buy | 12/29/14 | K | | |
| 92.   --Monetta TR Young Investor Fund | | | | | Buy (add'l) | 01/02/14 | J | | |
| 93. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 94. | | | | | Sold | 12/29/14 | L | | |
| 95.   -- Nicholas EQ Inc. Fund Inc Com | | | | | Buy | 10/17/14 | J | | |
| 96. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 97. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 98. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 99.   --Royce Dividend Vakue Inv CL | | | | | Buy | 03/07/14 | J | | |
| 100. | | | | | Sold (part) | 03/31/14 | J | | |
| 101. | | | | | Sold (part) | 06/27/14 | J | | |
| 102. | | | | | Buy (add'l) | 09/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 104. | | | | | Sold | 12/23/14 | K | | |
| 105.  -- AMG Yacktman Fund SVC | | | | | Buy (add'l) | 12/23/14 | J | | |
| 106.  -- Blackrock FDS Health Sciences Fund | | | | | Buy (add'l) | 12/15/14 | J | | |
| 107.  -- Oakmark Fds Oakmark Fd | | | | | Buy (add'l) | 09/23/14 | J | | |
| 108. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 109. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 110. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 111. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 112. | | | | | Buy (add'l) | 12/29/14 | K | | |
| 113.  -- Franklin Utilities Fd Adv | | | | | Buy (add'l) | 03/04/14 | J | | |
| 114. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 115. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 116. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 117. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 118.  -- Franklin Mutual Global Discovery Z (see note) | | | | | Buy (add'l) | 09/08/14 | J | | |
| 119. | | | | | Buy (add'l) | 12/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 121. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 122. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 123. -- Franklin Templeton Investments European Z | | | | | Sold | 08/18/14 | K | | |
| 124. Trust #1 (see note) (see Part I, Line 1) | C | Int./Div. | | | Distributed | 05/23/14 | O | | |
| 125. Trust #2 (see note) | | None | P1 | Q | | | | | |
| 126. -- Southwest Bancshares stock | | | | | | | | | |
| 127. Morgan Stanley Account #2 | | | | | Closed | 07/07/14 | K | | |
| 128. -- Genworth Life & Annuity annuity | | None | | | Redeemed | 07/07/14 | K | | |
| 129. Stone, Granade & Crosby P.C. 401(k) (see note) | E | Int./Div. | N | T | | | | | |
| 130. --American Europacific Growth | | | | | | | | | |
| 131. --Artisan Mid-Cap Value | | | | | | | | | |
| 132. --Columbia Dividend income A | | | | | | | | | |
| 133. --Harbor International Institutional | | | | | | | | | |
| 134. -- Janus Triton - T | | | | | | | | | |
| 135. --Lazard Emerging Markets | | | | | | | | | |
| 136. --Neuberger Bernam Mid Cap Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Van Eck Hard Assets | | | | | | | | | |
| 138. --Vanguard Large Cap Index Admiral | | | | | Buy | 11/19/14 | L | | |
| 139. -- Vanguard Large Cap Index Signal | | | | | Sold | 11/18/14 | L | | |
| 140. -- Vanguard Mid-Cap Index Admiral | | | | | Buy | 11/19/14 | K | | |
| 141. -- Vanguard Mid-Cap Index - Signal | | | | | Sold | 11/18/14 | K | | |
| 142. --Vanguard PRIMECAP Core | | | | | Sold | 11/18/14 | J | | |
| 143. --Vanguard Small Cap Index Admiral | | | | | Buy | 11/19/14 | J | | |
| 144. -- Vanguard Small Cap Index - Signal | | | | | | | | | |
| 145. -- Virtus Real Estate Securities Fund (See Note) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1: The only asset in Trust #1 was a Metropolitan Life permanent life insurance policy. The insured on the policy died in 2014, and the proceeds distributed to the beneficiaries. The trust's existence was continued until April 2015 in order to file an income tax return on a small amount of interest earned, but was then dissolved.

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2012.

Part VII, Line 5: Virginia Properties had no assets and was dissolved in 2014.

Part VII, Line 6: In August 2014, all of the assets listed under the Morgan Stanley Brokerage Account in the FDR for 2013 were transferred into an account at Charles Schwab (See Part VII, Line 19), with the exeption of the Allstate Annuity , now listed on Part VII, Line 7. The transferred assets and their transactions are herein listed under the Charles Schwab Brokerage Account, even though some of the transactions may have occurred while still in the Morgan Stanley Brokerage Account.

Part VII, Line 20: This money market fund was formerly listed as "Bank Deposit Program Morgan Stanley Bank"

Part VII, Line 77: Stockton Oaks, LLC owns undeveloped acreage in North Baldwin County, AL, with an estimated value of $175,000. 16.24% of $175,000 is $28,420.

Part VII, Line 82: Although there is a rental cottage on the property, _____ does not receive any of the rental income. ▪ is on the note for the property...see Part VI, Line 1.

Part VII, Line 102: Formerly reported as "Yacktman Fund Inc Com"

Part VII, Line 112: formerly reported as "Franklin Templeton Investments Mutual Global Discovery Fund Z"

Part VII, Line 125: Trust #1 had no assets at year end. See note at Part 1, Line 1.

Part VII, Line 126: The only asset in Trust #2 is stock of Southwest Bancshares, some of which was a gift from a relative, and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2012. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 128: The account was closed after its only asset was liquidated.

Part VII, Line 129: This is a 401(k) plan at _____ law firm.

Part VIi, Line 145: Formerly reported as "Vanguard Real Estate Securities Fund" - this was in error. Correct name of the fund is as reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544